IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THE FIRST NATIONAL BANK OF ELY,

    Plaintiff,

vs.

PROGRESSIVE CASUALTY INSURANCE COMPANY, *et al.*,

    Defendants.
_____/

3:11-cv-00859-HDM-WGC

ORDER

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Robert C. Jones for reassignment.

    Dated this 30th day of November, 2011.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE